## FULENWIDER V. RIDGEWAY.

### *Action on Foreign Judgment.*

(Decided July 6, 1906. 41 So. Rep. 846.)

Appeal from Birmingham City Court.
Heard before Hon. C. W. Ferguson.
W. K. Terry, for appellant.
Joseph T. Collins, for appellee.
Reversed and remanded.
Opinion by Simpson, J.
Haralson, Dowdell and Denson, JJ., concur.

---

## MURPHY V. BLACK & LAIRD.

(Decided June 30, 1906. 41 So. Rep. 877.)

Appeal from Birmingham City Court.
Heard before Hon. Charles A. Senn.
Pinkney Scott, for appellant.
W. T. Hill for appellee.
Affirmed.
Opinion by Denson, J.
Tyson, Simpson and Anderson, JJ., concur.

---

## CENTRAL OF GA. RY. CO. V. KEYTON.

### *Damage to Realty From Inadequate Culvert.*

(Decided July 6, 1906. 41 So. Rep. 9**↕**.)

Appeal from Houston Circuit Court.
Heard before Hon. H. A. Pearce.
Espy & Farmer, for appellant.
A. E. Pace, and R. H. Walker, for appellee.
Reversed and remanded.
Opinion by Denson, J.
Weakley, C. J., Dowdell and Denson, JJ., concur.